# Court of Appeals
# of the State of Georgia

ATLANTA,  April 18, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0271. DARRELL TREMAINE PRICE v. R. J. LANE et al.**

After being released from prison, Darrell Tremaine Price, proceeding pro se, filed a complaint against seven defendants, including Early County, the City of Blakely, the State of Georgia, and Officer Wayne Aunspaugh, asserting various claims arising from his arrest, prosecution, and incarceration. Early County and Aunspaugh moved to dismiss and the superior court granted both motions. Price filed this timely application[1] and seeks discretionary review of the superior court's order. We lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015) (citation and punctuation omitted). Under such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal procedures of OCGA § 5-6-34 (b). Id. "Where neither of these code sections [is] followed, the appeal is premature and must be dismissed." Id. (footnote omitted).

Here, the trial court did not direct the entry of judgment under OCGA § 9-11-54 (b) and it appears that Price's claims against the other defendants remain pending. Thus, Price was required to use the interlocutory appeal procedure –

---

[1] This application was initially filed in the Georgia Supreme Court, which transferred the case to this Court. See Case No. S23D0609 (March 2, 2023).

including obtaining a certificate of immediate review from the trial court – to appeal. See OCGA § 5-6-34 (b); *Shoenthal*, 333 Ga. App. at 730. His failure to do so means we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 04/18/2023*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*